**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**GREENVILLE DIVISION**

| | | |
|---|---|---|
| Scott Nabors, | ) | |
| | ) | C.A. NO.:  6:09-CV-03155-HFF |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **CONSENT ORDER** |
| Metropolitan Life Insurance Company, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| _____ | | |

     The parties are before the Court upon Defendant Metropolitan Life Insurance Company's motion for a 20 day extension of time in which to answer, plead or otherwise respond to the Plaintiff's Complaint.  Counsel for Plaintiff has evidenced his consent to an extension in which to answer, respond or plead otherwise as revealed by his below signature.

     IT IS THEREFORE ORDERED that Defendant Metropolitan Life Insurance Company shall be granted an extension in which to answer, respond or plead otherwise to Plaintiff's Complaint making Defendant Metropolitan Life Insurance Company's new deadline Monday, March 1, 2010.

     IT IS SO ORDERED.

                                s/Henry F. Floyd
                                The Honorable Henry F. Floyd
                                United States District Judge

February 5, 2010
Spartanburg, South Carolina

WE SO MOVE:


s/ J.D. Quattlebaum
J. D. Quattlebaum, Fed. ID # 05252
HAYNSWORTH SINKLER BOYD, P.A.
75 Beattie Place - 11th Floor
Post Office Box 2048
Greenville, South Carolina  29602
(864) 240-3200
Attorneys for Defendant


I CONSENT:


s/ Robert E. Hoskins
Robert E. Hoskins, Fed. ID #5144
Foster Law Firm, LLP
601 McBee Avenue, Suite 104
P. O. Box 2123
Greenville, SC  29602
Attorneys for Plaintiff